STATE OF CONNECTICUT *v.* DAVID PLAZA

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 543, is denied.

*Gregory T. D'Auria,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided February 21, 1991

THERMOGLAZE, INC. *v.* MORNINGSIDE
GARDENS COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 741, is denied.

*Gina A. Pasquini,* in support of the petition.

*Eric L. Reinken,* in opposition.

Decided February 21, 1991